IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HERSHEL STANLEY,

    Petitioner,                           JUDGMENT IN A CIVIL CASE

v.                                      Case No. 15-cv-20-wmc

DEBORAH McCULLOCH, Director,
Sand Ridge Secure Treatment Center,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Hershel Stanley's petition for a writ of habeas corpus pursuant and dismissing this case with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. § 2254.

| /s/ | 1/30/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |